# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### MASTER FILE NO.  08-CIV-22572-COOKE/BANDSTRA

IN RE BANKUNITED SECURITIES
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

### DEFENDANTS RAMIRO ORTIZ AND HUMBERTO LOPEZ'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD COMPLAINT

Defendants Ramiro Ortiz and Humberto Lopez hereby respond in opposition to Plaintiff's Motion for Leave to File an Amended Complaint and Incorporated Memorandum of Law [D.E. 98] by joining in and adopting the arguments set forth Defendant Camner's Opposition to Plaintiffs' Motion for Leave to File Third Complaint [D.E. 100].

Respectfully submitted,

**TEW CARDENAS LLP**
*Attorneys for Ortiz and Lopez*
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone:  305.536.1112
Facsimile:  305.536.1116


By:   /s/ Dennis A. Nowak
    DENNIS A. NOWAK
    Florida Bar No. 328979
    C. THOMAS TEW
    Florida Bar No.098160
    JESSICA FRANK
    Florida Bar No.  0055839

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically this 7th day of April, 2010 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via e-mail and U.S. mail, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail to for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>         /s/ Dennis A. Nowak         </u>

540990.1

2

*In re BankUnited Securities Litigation*

Case No. 08-CIV-22572-COOKE/BANDSTRA (S.D. Fla.)

### SERVICE LIST

Michael J. Pucillo, Esq.
mpucillo@bermandevalerio.com
Wendy H. Zoberman, Esq.
wzoberman@bermandevalerio.com
BERMAN DeVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel:     561/835-9400
Fax:    561/835-0322

*Lead Counsel for Lead Plaintiffs Louisiana*
*Municipal Police Employees*
*Retirement System and Oklahoma Police*
*Pension & Retirement System*

Glen DeValerio, Esq.
gdevalerio@bermandevalerio.com
Leslie R. Stern, Esq.
lstern@bermanesq.com
BERMAN DeVALERIO
One Liberty Square
Boston, MA 02109
Tel:     617/542-8300
Fax:    617/542-1194

*Lead Counsel for Lead Plaintiffs Louisiana*
*Municipal Police Employees*
*Retirement System and Oklahoma Police*
*Pension & Retirement System*

Jack Reise, Esq.
jreise@csgrr.com
Paul J. Geller, Esq.
pgeller@csgrr.com
Douglas Scott Wilens, Esq.
dwilens@csgrr.com
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel:     561/750-3000
Fax:    561/750-3364

*Attorneys for Plaintiff Waterford*
*Township General Employees Retirement*
*System and Movant The Pension &*
*Annuity Funds*

Martin D. Chitwood, Esq.
mchitwood@chitwoodlaw.com
Ze'Eva K. Banks, Esq.
zbanks@chitwoodlaw.com
Robert W. Killorin, Esq.
rkillorin@chitwoodlaw.com
James M. Wilson, Jr., Esq.
jwilson@chitwoodlaw.com
CHITWOOD HARLEY HARNES LLP
1230 Peachtree Street NE
Promenade II, Suite 2300
Atlanta, GA 30309
Tel:     303/873-3900

*Attorneys for Movant Georgia Municipal*
*Employee Benefit System Retirement Fund*

Ryon M. McCabe, Esq.
Rmccabe@mccaberabin.com
McCABE RABIN, P.A.
1601 Forum Place, Suite 301
West Palm Beach, FL 33401
Tel:   561/659-7878
Fax:   561/242-4848

*Attorneys for Movant The New Jersey Building Laborers Pension and Annuity Funds*

Jeffrey Miles Ostrow, Esq.
Ostrow@thkolaw.com
THE KOPELOWITZ & OSTROW FIRM, P.A.
200 S.W. 1st Ave., 1th Floor
Ft. Lauderdale, FL 33301
Tel:   954/525-4100
Fax:   954/525-4300

*Attorneys for Movant Georgia Municipal Employee Benefit System Retirement Fund*

Maya Susan Saxena, Esq.
Msaxena@saxenawhite.com
SAXENA WHITE P.A.
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Tel:   561/394-3399
Fax:   561/394-3382

*Attorneys for Movant The City of Tulsa Municipal Employees Retirement Plan*

Kendall Coffey, Esq.
Kcoffey@coffeyburlington.com
Jeffrey B. Crockett, Esq.
jcrockett@coffeyburlington.com
Kevin C. Kaplan, Esq.
Kkaplan@coffeyburlington.com
COFFEY BURLINGTON
2699 Bayshore Drive, PH
Miami, FL 33133
Tel:   305/858-2900
Fax:   305/858-5261

*Attorney for Defendant Alfred R. Camner*

Dennis A. Nowak, Esq.
Dn@tewlaw.com
C. Thomas Tew, Esq.
Tt@tewlaw.com
Jessica R. Frank, Esq.
Jfrank@tewlaw.com
TEW CARDENAS LLP
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, FL 33131
Tel:   305/536-1112
Fax:   305/536-1116

*Attorneys for Defendants Ramiro Ortiz and Humberto Lopez*

525608.1